**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

MARTIN P. DILLON

                         Plaintiff,                1:14-cv-1011
                                                        (GLS/DJS)

          v.

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PLAINTIFF:** | |
| Office of Peter M. Margolius<br>7 Howard Street<br>Catskill, New York 12414 | PETER M. MARGOLIUS, ESQ. |
| **FOR THE DEFENDANT:** | |
| HON. RICHARD S. HARTUNIAN<br>United States Attorney<br>100 South Clinton Street<br>Syracuse, NY 13261 | JEREMY A. LINDEN<br>Special Assistant U.S. Attorney |
| Steven P. Conte<br>Regional Chief Counsel<br>Social Security Administration<br>Office of General Counsel, Region II<br>26 Federal Plaza, Room 3904<br>New York, NY 10278 | |

**Gary L. Sharpe
District Judge**

**ORDER**

The above-captioned matter comes to this court following a Report and Recommendation by Magistrate Judge Daniel J. Stewart, duly filed on October 21, 2015. (Dkt. No. 17.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report and Recommendation for clear error, it is hereby

**ORDERED** that the Report and Recommendation (Dkt. No. 17) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the decision of the Commissioner is AFFIRMED and Dillon's complaint, (Dkt. No. 1), is DISMISSED; and it is further

**ORDERED** that the clerk of the court serve a copy of this order upon the parties in accordance with this court's local rules.

**IT IS SO ORDERED.**

November 18, 2015
Albany, New York

Gary L. Sharpe
U.S. District Judge